**SIGNED.**

Dated: October 08, 2010

_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-24431

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Marshall S. White and Ysenia White<br>       Debtors.<br>_____<br>U.S. Bank, National Association<br><br>       Movant,<br>  vs.<br><br>Marshall S. White and Ysenia White, Debtors;<br>Gayle E. Mills, Trustee.<br><br>       Respondents | No. 4:09-bk-23715-JMM<br><br>Chapter 7<br><br>ORDER FOR ABANDONMENT<br><br>(Related to Docket #18) |

      On this day came on for consideration, U.S. Bank, National Association, its assignees and/or successors in interest ("Movant" herein) Motion for Abandonment pursuant to 11 U.S.C. 554(b). Good cause appearing,

      IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that all of the Trustee's interest in the following described real property is abandoned:

13396 N. Palo Verde Drive
Maricopa AZ 85239

and legally described as:

Lot 105, of SADDLEBACK FARMS UNIT II AMENDED, according to the Map of Record in the office of the County Recorder of Pinal County, Arizona in Book 18 of Maps, and plats at page 31.